UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>C. FLORES, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00902-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>ECF No. 6 |

    Plaintiff Oliver Gray is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On May 13, 2020, before the case was transferred to this division, plaintiff filed a motion requesting appointed of counsel. ECF No. 6. Plaintiff submits that he suffers from neurological and psychological issues and cannot afford counsel. *Id*.

    Plaintiff does not have a constitutional right to appointed counsel in this action, *see Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *withdrawn in part on other grounds on reh'g en banc*, 154 F.3d 952 (9th Cir. 1998), and the court lacks the authority to require an attorney to represent plaintiff, *see Mallard v. U.S. District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). This court may request the voluntary assistance of counsel. *See* 28 U.S.C. § 1915(e)(1); *Rand*, 113 F.3d at 1525. However, without a means to compensate counsel, the court

will seek volunteer counsel only in exceptional circumstances. In determining whether such circumstances exist, "the district court must evaluate both the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Rand*, 113 F.3d at 1525 (internal quotation marks and citations omitted). The court cannot conclude that exceptional circumstances requiring the appointment of counsel are present here. At this stage in the proceedings, plaintiff has not demonstrated a likelihood of success on the merits, and the issues covered in his complaint do not appear unusually complex.

Accordingly, plaintiff's motion for the appointment of counsel, ECF No. 6, is denied without prejudice. The court may revisit this issue at a later stage of the proceedings if the interests of justice so require.

IT IS SO ORDERED.

Dated:  __June 30, 2020__                                    _____
                                                                                          UNITED STATES MAGISTRATE JUDGE

No. 205.