1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| OLIVER GRAY,<br><br>                    Plaintiff,<br><br>       v.<br><br>C. FLORES,<br><br>                    Defendant. | Case No. 1:20-cv-00902-JLT-HBK (PC)<br><br>ORDER REFERRING CASE TO EARLY SETTLEMENT AND STAY OF CASE<br><br>DEADLINE TO OPT OUT DUE BY:<br><br>January 5, 2024 |

Plaintiff Oliver Gray is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.  (Doc. Nos. 1, 14).  As set forth in the Court's May 3, 2023, Screening Order, Plaintiff's Complaint stated a cognizable Eighth Amendment sexual assault claim against Defendant Flores, but no other claims.  (Doc. No. 21).  Defendant filed a waiver of service and a response to the Complaint is not due until October 30, 2023.  (Doc. Nos. 30, 31).

The Court refers all civil rights cases filed by pro se individuals to early settlement to try to resolve such cases more expeditiously and less expensively.  *See also* Local Rule 270.  In appropriate cases, defense counsel from the California Attorney General's Office have agreed to participate in early settlement.  No claims, defenses, or objections are waived by the parties' participation.

1

Attempting to resolve this matter early through settlement now would save the parties the time and expense of engaging in lengthy and costly discovery and preparing substantive dispositive motions. The Court therefore will STAY this action to allow the parties an opportunity to investigate Plaintiff's claims, meet and confer, and engage in settlement discussions, or agree to participate in an early settlement conference conducted by a magistrate judge. If after investigating Plaintiff's claims, meeting, and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference.

Accordingly, it is **ORDERED**:

1. This action will remain **STAYED until further order** to allow the parties an opportunity to settle their dispute. Defendant may, but is not required to, file a response to the Complaint during the stay period. The parties may not file other pleadings or motions during the stay period. Further, the parties shall not engage in formal discovery until the Court issues a Scheduling and Discovery Order.

2. **No later than January 5, 2024**, the parties shall file a notice if they object to proceeding to an early settlement conference or if they believe that settlement is not currently achievable.

3. If neither party has opted out of settlement by the expiration of the objection period, the Court will assign this matter by separate Order to a United States Magistrate Judge, other than the undersigned, and set this matter for a settlement conference.

4. If the parties reach a settlement prior to the settlement conference date, the parties shall file a Notice of Settlement as required by Local Rule 160.

Dated:    October 10, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2