UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER GRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. FLORES,<br><br>　　　　　Defendant. | No. 1:20-cv-00902-JLT-HBK (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE OLIVER GRAY, CDCR #AA-7074 |

　　A settlement conference in this matter commenced on February 3, 2025. Inmate Oliver Gray, CDCR #AA-7074, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 2/3/25

UNITED STATES MAGISTRATE JUDGE

1